PD-1600&1601&1602-14

WILLIE E. HARDEMAN

NO. 1891985

_____

May 27, 2015

Jamie Smith
District Clerk
Jefferson County
1085 Pearl St. Rm #203
Beaumont, Texas 77701

Re:        Cause Nos.: 10-10378,  10-10380,  10-10382

Style:      State v. Willie E.  Hardeman

Dear Hon. Clerk:

    Thank you for  the requested Court Docket Sheet of the 202nd Criminal District Court, received from your office dated   post mark  May  19,  2015, in the above causes.
    Now, and, my second request; respectfully, I ask the Clerk of Jefferson County, please provide me with a copy of the Clerk's file docket of documents received and filed.

    Thank you.

Sincerely,

_Willie E. Hardeman_
Willie E. Hardeman, #1891985
Jester III Unit
3 Jester Road
Richmond, Texas 77406

WEH/cm
C:    Abel Acosta, Cleerk
      Court of Crimal Appeals
C:    file

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 02 2015

Abel Acosta, Clerk